moot, petitioner having been admitted to bail. *Jacob Spiegel* for petitioner. *Solicitor General Sobeloff* for respondent.

No. 677. WILSON, EXECUTOR, ET AL. *v.* SIMLER, *ante,* p. 954. Petition for rehearing denied. Motion to stay proceedings also denied.

No. 410, Misc. BOLESTA *v.* MADIGAN, WARDEN, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Sobeloff* for respondents.

No. 552, Misc. BRANDON *v.* CALIFORNIA. Application denied.

No. 569, Misc. GRAHAM *v.* NEW JERSEY. Motion for leave to file petition for writ of habeas corpus denied.

No. 729. UNITED STATES *v.* INTERNATIONAL BOXING CLUB OF NEW YORK, INC. ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. *Solicitor General Sobeloff* for the United States. *Whitney North Seymour* and *Charles H. Watson* for appellees.

No. 641. UNITED STATES *v.* ACRI ET AL. C. A. 6th Cir. Certiorari granted. *Solicitor General Sobeloff* for the United States. *Francis B. Kavanagh* and *Israel Freeman* for Oravitz, respondent.

No. 642. UNITED STATES *v.* LIVERPOOL & LONDON & GLOBE INSURANCE CO., LTD. ET AL. C. A. 5th Cir. Certiorari granted. *Solicitor General Sobeloff* for the United